# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Luke Bussoletti, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 2129 C.D. 2016 |
| | : | |
| Department of Human Services, | : | |
| Respondent | : | |

## **O R D E R**

NOW, January 16, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge